# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Lloyd Casimiro Cruz Jr.<br><br>*Defendant* | ) Case: 1:22-mj-00041<br>) Assigned to: Judge Meriweather, Robin M.<br>) Assign Date: 2/25/2022<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Lloyd Casmiro Cruz Jr._____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 02/25/2022

2022.02.25
17:12:14 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 02/25/2022, and the person was arrested on *(date)* 02/28/2022
at *(city and state)* Kansas City, Missouri.

Date: 02/28/2022

*Arresting officer's signature*

Timothy Ward, DEO
*Printed name and title*