# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 22-CR-64 (RBW)** |
| | : | |
| v. | : | |
| | : | |
| **LLOYD CASIMIRO CRUZ, JR.,** | : | **MAGISTRATE NO.** |
| | : | |
| Defendant. | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 1752(a)(1)** |
| | : | **(Entering and Remaining in a Restricted** |
| | : | **Building or Grounds)** |
| | : | **40 U.S.C. § 5104(e)(2)(G)** |
| | : | **(Parading, Demonstrating, or Picketing in** |
| | : | **a Capitol Building)** |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about January 6, 2021, in the District of Columbia, **LLOYD CASIMIRO CRUZ, JR** did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

### COUNT TWO

On or about January 6, 2021, in the District of Columbia, **LLOYD CASIMIRO CRUZ, JR** willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

          Respectfully submitted,

          MATTHEW GRAVES
          United States Attorney

By:     /s/ *Mona Lee M. Furst*
          MONA LEE M. FURST
          Assistant United States Attorney (Detailee)
          Kansas Bar No. 13162
          United States Attorney's Office
          District of Columbia
          Telephone No. (316) 269-6537
          Mona.Furst@usdoj.gov