# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Criminal Action No. 22-64 (RBW) |
| LLOYD CASIMIRO CRUZ, JR, | ) | |
| Defendant. | ) | |

## ORDER

In accordance with the oral rulings issued at the arraignment held on March 29, 2022, it is hereby

**ORDERED** that counsel Ronna Holloman-Hughes's oral motion to withdraw is **GRANTED**. It is further

**ORDERED** that Ronna Holloman-Hughes's appearance as counsel for the defendant is **TERMINATED**. It is further

**ORDERED** that the parties shall appear for status hearing on May 31, 2022, at 12:00 p.m., via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#). It is further

**ORDERED** that, with the consent of the parties, the time from March 29, 2022, until the status hearing scheduled for May 31, 2022, is excluded under the Speedy Trial Act, in order to permit the parties to review discovery.

**SO ORDERED** this 29th day of March, 2022.

_____
REGGIE B. WALTON
United States District Judge