

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 22-64 (RBW) |
| ) | |
| LLOYD CASIMIRO CRUZ, JR, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the oral rulings issued at the status hearing on May 31, 2022, it is hereby

**ORDERED** that the parties shall appear for a status hearing or plea hearing on June 30, 2022, at 2:00 p.m. via videoconference, unless otherwise ordered by the Court. It is further

**ORDERED** that, with the consent of the parties, the time from May 31, 2022, until the status hearing or plea hearing scheduled for June 30, 2022, is excluded under the Speedy Trial Act, in order to permit the defendant time to review the government's plea offer.

**SO ORDERED** this 31st day of May, 2022.

REGGIE B. WALTON
United States District Judge