**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 22-64 (RBW) |
| ) | |
| LLOYD CASIMIRO CRUZ, JR, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court having a scheduling conflict with the status hearing or plea hearing currently scheduled for June 30, 2022, it is hereby

**ORDERED** that the status hearing or plea hearing scheduled for June 30, 2022, is **CONTINUED** to July 6, 2022, at 2:30 p.m. via videoconference.

**SO ORDERED** this 27th day of June, 2022.

REGGIE B. WALTON
United States District Judge