IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 22-cr-00064-01-RBW |
| ) | |
| LLOYD CASIMIRO CRUZ, JR., ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW

COMES NOW Ronna Holloman-Hughes, Assistant Federal Public Defender for the Western District of Missouri and moves this Court for an Order granting leave to withdraw as counsel of record for Mr. Cruz and discontinue electronic notifications.

## SUGGESTIONS IN SUPPORT

1. On February 25, 2022, a complaint was filed, charging the defendant with 18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds 40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

2. On March 3, 2022, the defendant appeared before the Honorable Judge Zia M. Faruqui, United States Magistrate, for an initial appearance.

3. On March 12, counsel, Ronna Holloman-Hughes, entered her appearance in the case.

4. On March 28, attorney John M. Pierce, entered a notice of appearance on behalf of the defendant.

WHEREFORE, for reasons set forth herein, Ronna Holloman-Hughes, moves this Court for an Order granting leave to withdraw as counsel of record for the defendant, Lloyd Casimiro Cruz, Jr., and discontinue electronic notifications.

                    Respectfully submitted,

                    /s/Ronna Holloman-Hughes
                    Ronna Holloman-Hughes
                    Assistant Federal Public Defender
                    1000 Walnut, Suite 600
                    Kansas City, MO 64106
                    816-471-8282

**CERTIFICATE OF SERVICE**

It is CERTIFIED that the foregoing was electronically filed on this 8th day of July 2022, and that a copy was e-mailed to all parties pursuant to the ECF system.

                    /s/Ronna Holloman-Hughes
                    Ronna Holloman-Hughes