UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 22-64 (RBW) |
| ) | |
| LLOYD CASIMIRO CRUZ, JR., ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the defendant's counsel Ronna Holloman-Hughes's Motion to Withdraw, and for good cause shown, it is hereby

**ORDERED** that the defendant's counsel Ronna Holloman-Hughes's Motion to Withdraw, ECF No. 26, is **GRANTED**. It is further

**ORDERED** that Ronna Holloman-Hughes's appearance as counsel of record for the defendant is **TERMINATED**.

**SO ORDERED** this 8th day of July, 2022.

*Reggie B. Walton*
REGGIE B. WALTON
United States District Judge