UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 22-64 (RBW) |
| | ) |
| LLOYD CASIMIRO CRUZ, JR., | ) |
| | ) |
| Defendant. | ) |

**PRE-TRIAL SCHEDULING ORDER**

In accordance with the oral rulings issued by the Court at the status hearing held on July 28, 2022, via videoconference, along with the General Order Governing Criminal Cases Before the Honorable Reggie B. Walton (Aug. 5, 2022), ECF No. 29 (the "General Order"), it is hereby

**ORDERED** that (1) the defendant shall file his change of venue motion and any other motions requiring expedited resolution or before August 19, 2022; and (2) the government shall file its opposition(s) to the defendant's motion(s) on or before September 9, 2022. It is further

**ORDERED** that, on October 20, 2022, at 9:00 a.m.,[1] the parties shall appear before the Court, via videoconference, for a motions hearing on the defendant's change of venue motion and any other motions requiring expedited resolution. It is further

**ORDERED** that the parties shall file their (1) motions in limine, if any, on or before September 30, 2022; (2) oppositions to any such motions on or before October 28, 2022; and (3) replies in support of any such motions on or before November 11, 2022. It is further

---

[1] At the status hearing held on July 28, 2022, the Court discussed holding the October 20, 2022 motions hearing at 2:00 p.m. However, due to a change in the Court's calendar, this motions hearing has been rescheduled for 9:00 a m. Accordingly, in the event the parties are unable to appear before the Court on October 20, 2022, at 9:00 a m., the parties shall notify the courtroom deputy.

**ORDERED** that, on December 12, 2022, at 10:00 a.m., the parties shall appear before the Court for a motions hearing on any motions in limine and a pretrial conference. The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. It is further

**ORDERED** that the government shall provide the defendant with notice of any evidence of other crimes it intends to use during the trial of this case pursuant to Federal Rule of Evidence 404(b) or evidence of prior convictions it intends to use for impeachment purposes, if the defendant decides to testify, on or before September 30, 2022, and any opposition to such notices shall be provided to the government on or before October 28, 2022. It is further

**ORDERED** that the government is reminded that it has an ongoing obligation to produce forthwith to the defendant any Brady/Giglio evidence the government becomes aware of. The government shall also produce to the defendant any Jencks Act material sufficiently in advance of witness's cross-examination so as not to cause delay. It is further

**ORDERED** that the government shall produce to the defendant information regarding its expert(s) and any potential impeachment evidence related to the law enforcement officers involved in this case as soon as practicable after it becomes available. It is further

**ORDERED** that the parties shall meet and confer as soon as possible and thereafter submit their joint proposed voir dire questions, jury instructions, and verdict forms on or before November 11, 2022. If agreement cannot be reached on any matters relevant to the voir dire questions, jury instructions, or verdict forms, the parties shall provide separate submissions as to only those matters on which the parties cannot agree. It is further

**ORDERED** that the Court will empanel two alternate jurors. For the jury selection process, the defendant will have ten peremptory challenges against the potential regular jurors

and two peremptory challenges against the potential alternate jurors for a total of twelve peremptory challenges. The government will have six peremptory challenges against the potential regular jurors and two peremptory challenges against the potential alternate jurors for a total of eight peremptory challenges.  It is further

      **ORDERED** that the Court will permit jurors to ask questions as delineated in the Court's General Order.  See General Order Governing Criminal Cases Before the Honorable Reggie B. Walton at 8–9 (Aug. 5, 2022), ECF No. 29.[2]  It is further

      **ORDERED** that jury selection and trial of this case shall commence on January 17, 2023, at 9:00 a.m.  It is further

      **ORDERED** that, with the consent of the government and the defendant, the time from July 28, 2022, to January 17, 2023, is excluded under the Speedy Trial Act, in light of the defendant's request for a later trial date.

      **SO ORDERED** this 5th day of August, 2022.

                                        REGGIE B. WALTON
                                        United States District Judge

---

[2] Any objections to permitting jurors to submit questions for witnesses should be raised at the pretrial conference on December 12, 2022.