

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 22-64 (RBW) |
| LLOYD CASIMIRO CRUZ, JR., | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

In accordance with the oral rulings issued by the Court at the status hearing held on August 30, 2022, via teleconference, it is hereby

**ORDERED** that (1) the government shall file its opposition to the Defendant's Motion to Suppress Evidence and to Dismiss Due to Fourth Amendment Violation, ECF No. 34, on or before September 23, 2022, and (2) the defendant shall file his reply in support of his motion on or before October 7, 2022.  It is further

**ORDERED** that (1) the defendant shall file his forthcoming motion to dismiss pursuant to the First Amendment to the United States Constitution on or before September 2, 2022; (2) the government shall file its opposition to the defendant's forthcoming motion on or before September 23, 2022; and (3) the defendant shall file his reply in support of his motion on or before October 7, 2022.  It is further

**ORDERED** that the deadlines related to the defendant's change of venue motion and any other motions requiring expedited resolution in the Court's August 5, 2022 Pre-Trial Scheduling Order, ECF No. 30, are **VACATED**.  It is further

**ORDERED** that the Court's August 5, 2022 Pre-Trial Scheduling Order, ECF No. 30, otherwise remains in effect.  It is further

**ORDERED** that, at the pre-trial conference scheduled for December 12, 2022, at 10:00 a.m., the parties shall be prepared to address the Defendant's Motion to Suppress Evidence and to Dismiss Due to Fourth Amendment Violation, ECF No. 34, and the defendant's forthcoming motion to dismiss. It is further

**ORDERED** that the time from August 27, 2022, to December 12, 2022, is excluded under the Speedy Trial Act, in light of the filing of the Defendant's Motion to Suppress Evidence and to Dismiss Due to Fourth Amendment Violation, ECF No. 34.

**SO ORDERED** this 31st day of August, 2022.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge