UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No.: 22-CR-064 (RBW) |
| **LLOYD CRUZ,** | : | |
| | : | |
| **Defendant.** | : | |

NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney (AUSA) Andrew J. Tessman. AUSA Andrew Tessman will be substituting for AUSA Mona Lee Furst.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
DC Bar No. 481052

By:   /s Andrew J. Tessman
Andrew J. Tessman
Assistant United States Attorney (Detailee)
West Virginia Bar No. 13734
United States Attorney's Office
300 Virginia Street
Charleston, WV
Cell No. (304) 345-2200
andrew.tessman@usdoj.gov

CERTIFICATE OF SERVICE

On this 7th day of September 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

Andrew Tessman
Assistant United States Attorney