


United States of America

# Congressional Record

PROCEEDINGS AND DEBATES OF THE 117th CONGRESS, FIRST SESSION

*Vol. 167*     WASHINGTON, WEDNESDAY, JANUARY 6, 2021     *No. 4*

# House of Representatives

The House met at noon and was called to order by the Speaker pro tempore (Mr. SWALWELL).

────────

## DESIGNATION OF THE SPEAKER PRO TEMPORE

The SPEAKER pro tempore laid before the House the following communication from the Speaker:

> WASHINGTON, DC,
> *January 6, 2021.*
> I hereby appoint the Honorable ERIC SWALWELL to act as Speaker pro tempore on this day.
>
> NANCY PELOSI,
> *Speaker of the House of Representatives.*

────────

☐ This symbol represents the time of day during the House proceedings, e.g., ☐ 1407 is 2:07 p.m.

Matter set in this typeface indicates words inserted or appended, rather than spoken, by a Member of the House on the floor.


Printed on recycled paper.

☐ 1255

AFTER RECESS

The recess having expired, the House was called to order by the Speaker at 12 o'clock and 55 minutes p.m.

ANNOUNCEMENT BY THE SPEAKER

COUNTING ELECTORAL VOTES— JOINT SESSION OF THE HOUSE AND SENATE HELD PURSUANT TO THE PROVISIONS OF SENATE CONCURRENT RESOLUTION 1

At 12:59 p.m., the Sergeant at Arms, Paul D. Irving, announced the Vice President and the Senate of the United States.

The Senate entered the Hall of the House of Representatives, headed by the Vice President and the Secretary of the Senate, the Members and officers of the House rising to receive them.

The Vice President took his seat as the Presiding Officer of the joint convention of the two Houses, the Speaker of the House occupying the chair on his left. Senators took seats to the right of the rostrum as prescribed by law.

The joint session was called to order by the Vice President.

The SPEAKER. The gentleman from Arizona is recognized for 5 minutes.

Mr. GOSAR.

Mr. Speaker, can I have order in the Chamber?

RECESS

The SPEAKER pro tempore (Mr. MCGOVERN). Pursuant to clause 12(b) of rule I, the Chair declares the House in recess subject to the call of the Chair.

Accordingly (at 2 o'clock and 18 minutes p.m.), the House stood in recess.

☐ 1426

AFTER RECESS

The recess having expired, the House was called to order by the Speaker pro tempore (Mr. MCGOVERN) at 2 o'clock and 26 minutes p.m.

The SPEAKER pro tempore.

Mr. GOSAR.

RECESS

The SPEAKER pro tempore. Pursuant to clause 12(b) of rule I, the Chair declares the House in recess subject to the call of the Chair.

Accordingly (at 2 o'clock and 29 minutes p.m.), the House stood in recess.

☐ 2102

AFTER RECESS

The recess having expired, the House was called to order by the Speaker at 9 o'clock and 2 minutes p.m.

ANNOUNCEMENT BY THE SPEAKER