**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 22-164-12 (RBW) |
| | ) | |
| THOMAS SHELTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

In accordance with the oral rulings issued by the Court at the motion hearing held on October 20, 2022, via videoconference, it is hereby

**ORDERED** that the defendant's Motion to Revoke Order of Detention, ECF No. 181, is **DENIED**. It is further

**ORDERED** that the defendant shall remain detained pending trial.

**SO ORDERED** this 21st day of October, 2022.

REGGIE B. WALTON
United States District Judge