UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.  22-64 (RBW) |
| | : | |
| LLOYD CASIMIRO CRUZ, JR, | : | |
| | : | |
| | : | |
| Defendant. | : | |

### DEFENDANT LLOYD CASIMIRO CRUZ JR'S MOTION FOR TRIAL BY MAGISTRATE JUDGE

NOW comes Defendant, Lloyd Casimiro Cruz Jr, by and through his counsel of record, John M. Pierce, Esq., respectfully submits this request and waiver to this Honorable Court to proceed to trial by magistrate judge of the district.

Lloyd Casimiro Cruz Jr was charged with violations of 18 U.S.C. § 1752(a) (1), and with 40 U.S.C. § 5104(e)(2)(D) and (G) by and through a criminal complaint filed on May 3, 2022.

Pursuant to 18 U.S.C. § 3401, a defendant that is charged with only misdemeanor may elect to expressly waive a trial, judgment and sentencing by a district judge and does so either in writing or by oral motion on the record.

Therefore, notice is hereby given that Defendant Lloyd Casimiro Cruz Jr  waives his right to a trial, judgment, and sentencing by a district court judge and hereby elects to proceed to a trial by a magistrate judge for the District of Columbia.

1

Dated: November 10, 2022

                                                Respectfully submitted,

                                                /s/ John M. Pierce
                                                John M. Pierce
                                                John Pierce Law P.C.
                                                21550 Oxnard Street
                                                3rd Floor PMB #172
                                                Woodland Hills, CA 91367
                                                P: (213) 349-0054
                                                jpierce@johnpiercelaw.com

CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, November 10, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce<br>John M. Pierce