UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 22-cr-64 (RBW) |
| | ) |
| LLOYD CASMIRO CRUZ JR., | ) |
| | ) |
| Defendant. | ) |

# VERDICT FORM

**Count I:**   Entering or Remaining in a Restricted Building or Grounds

_____                              _____
Guilty                                                          Not Guilty


**Count II:**   Parading, Demonstrating, or Picketing in any of the Capitol Buildings

_____                              _____
Guilty                                                          Not Guilty


Dated this _____ day of _____, 2022

_____
FOREPERSON

1