UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 22-64 (RBW) |
| ) | |
| LLOYD CASIMIRO CRUZ, JR., ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the Government's Motion for Leave to File Exhibits Related to Defendant's Motion to Suppress, ECF No. 63, it is hereby

**ORDERED** that the Government's Motion for Leave to File Exhibits Related to Defendant's Motion to Suppress, ECF No. 63, is **GRANTED**. It is further

**ORDERED** that the government shall file under seal copies of Exhibit A: Google Search Warrant and Exhibit B: AT&T Search Warrant. It is further

**ORDERED** that Exhibit C: Google Privacy Policy, ECF No. 63-1, is **ACCEPTED AS FILED**, and the Clerk of the Court shall file it as a separate entry on the docket.

**SO ORDERED** this 6th day of December, 2022.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge