*Judge Natti*
*12/12/2022*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **Case 1:22-cr-00064-RBW** |
| | : | |
| **LLOYD CASIMIRO CRUZ, JR.** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF CONSENT TO PROCEED VIA VIDEO TELECONFERENCE

The Defendant, through undersigned counsel, hereby advises the Court he has discussed his right to appear in person at all hearings before this Honorable Court. The Defendant, by and through his counsel, advises the Court that he consents to proceed with the status hearing on December 12, 2022, and the suppression hearing on January 9, 2023, via video teleconference.

Defendant: _____   Dated: Dec 9, 2022
Lloyd Casimiro Cruz (Dec 9, 2022 15:56 CST)

Dated: December 9, 2022                    RESPECTFULLY SUBMITTED

/s/ John M. Pierce
John M. Pierce
Bar ID: CA00096
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
jpierce@johnpiercelaw.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that this document is being filed on this December 9, 2022, with the Clerk of the Court by using the U.S. District Court for the District of Columbia's CM/ECF system, which will send an electronic copy of to the following CM/ECF participants, including:

Mr. Andrew J. Tessman, Esq.
DOJ-USAO
District of Columbia - Detailee
300 Virginia Street East, Suite 4000
Charleston, WV 25301
Telephone:   304-340-2234
E-mail:  andrew.tessman@usdoj.gov

/s/ John M. Pierce

# Cruz Notice of Consent

Final Audit Report                                                                  2022-12-09

| | |
|---|---|
| Created: | 2022-12-09 |
| By: | Emily Rutherford (Elambert@armchairlegal.net) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAs9BOghIkWGPrREl_F8gQ8Fpm9OUqY9hi |

## "Cruz Notice of Consent" History

🗋 Document created by Emily Rutherford (Elambert@armchairlegal.net)
2022-12-09 - 9:52:05 PM GMT

📧 Document emailed to lloydcruzjr@gmail.com for signature
2022-12-09 - 9:52:28 PM GMT

🗋 Email viewed by lloydcruzjr@gmail.com
2022-12-09 - 9:54:38 PM GMT

✍ Signer lloydcruzjr@gmail.com entered name at signing as Lloyd Casimiro Cruz
2022-12-09 - 9:56:39 PM GMT

✍ Document e-signed by Lloyd Casimiro Cruz (lloydcruzjr@gmail.com)
Signature Date: 2022-12-09 - 9:56:41 PM GMT - Time Source: server

✅ Agreement completed.
2022-12-09 - 9:56:41 PM GMT

🔒 **Adobe Acrobat Sign**