

**FILED**

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA )
)
v. )  Criminal Action No. 22-64 (RBW)
)
LLOYD CASIMIRO CRUZ, JR., )
)
Defendant. )

## ORDER

In accordance with the oral rulings issued by the Court at the motion hearing held on January 13, 2023, it is hereby

**ORDERED** that the Defendant's Motion to Suppress Evidence and to Dismiss Due to Fourth Amendment Violation, ECF No. 34, is **DENIED**.

**SO ORDERED** this 13th day of January, 2023.

REGGIE B. WALTON
United States District Judge