

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 22-CR-64 (RBW) |
| v. | : | 18 U.S.C. § 1752(a)(1) |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| LLOYD C. CRUZ, JR., | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Lloyd C. Cruz, Jr., with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States would prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting

in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7.     Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Lloyd C. Cruz, Jr.'s Participation in the January 6, 2021, Capitol Riot*

8.     The defendant, Lloyd C. Cruz, Jr. lives in Polo, Missouri. On January 3, 2021, defendant traveled from Missouri to Washington, D.C., via automobile with two other people. The purpose of the defendant's trip to Washington, D.C., was to protest Congress' certification of the Electoral College.

9.     Prior to January 6, the defendant posted on Facebook about fraud in the 2020 Presidential election and stated that he planned to attend the "Stop the Steal" rally in Washington, D.C. on January 6, 2021, to contest the results of the election.

10.    On January 6, 2021, defendant attended the rally and then walked to the Capitol after the rally. He filmed the rally with his personal GoPro camera and continued to film as he walked to the Capitol.

11. The defendant joined a group of protestors that had gathered on the Lower West Terrace, by the Media Tower. While there, defendant witnessed law enforcement deploy flash bangs and chemical spray to disperse the crowd of protestors. At approximately 2:10 p.m., as protestors began fighting with police on restricted Capitol grounds, defendant followed a crowd of rioters, who broke through police lines and moved up stairs to the Upper West Terrace. While there, at about 2:12 pm, defendant observed protestors using metal barriers to try to break windows by the Senate Fire Door/Parliamentarian Door. Defendant witnessed other protestors attempting to break a window near the Senate Wing Door. Defendant entered the Capitol through the Senate Wing Door at 2:14 pm, about one to two minutes after the initial breach of the Senate Wing Door.

12. Defendant entered the Crypt about 2:17 p.m., then left through the Senate Wing Door at approximately 2:20 p.m. Defendant was inside the Capitol for about six minutes. Defendant recorded his passage into and through the Capitol building on his personal GoPro camera.

13. After leaving the Capitol building, Defendant recorded a GoPro video at the D.C. Metro station, wherein he commented that he has to clean his face because he got "pepper sprayed."

### *Elements of the Offense*

14. Lloyd C. Cruz, Jr. knowingly and voluntarily admits to all the elements of 18 U.S.C. § 1752(a)(1). Specifically, defendant admits that he knowingly entered and remained in a restricted building and grounds without lawful authority.

15. Lloyd C. Cruz, Jr. knowingly and voluntarily admits to all the elements of 40 U.S.C. § 5104 (e)(2)(G). Specifically, defendant admits that he willfully and knowingly entered the U.S. Capitol Building knowing that that he did not have permission to do so. The defendant further

admits that while inside the Capitol, defendant willfully and knowingly paraded, demonstrated, or picketed.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Andrew J. Tessman
Andrew J. Tessman
Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, Lloyd C. Cruz, Jr. have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: Jan 13, 23

Lloyd C. Cruz, Jr.
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: Jan 13, 2023

John Pierce
Attorney for Defendant