## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA                )
                                        )
            vs.                         )      Criminal Case No.: 22-cr-064-RBW
                                        )
LLOYD CASIMIRO CRUZ, JR                 )
                                        )
                                        )

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____                Date: 1/13/2023

United States Magistrate Judge