UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case 1:22-cr-00064-RBW |
| : | |
| **LLOYD CASIMIRO CRUZ, JR.** : | |
| : | |
| **Defendant.** : | |

_____

**DEFENDANT LLOYD CASIMIRO CRUZ, JR.'s**
**NOTICE OF APPEAL**

Plaintiff LLOYD CASIMIRO CRUZ, JR. ("Cruz") by undersigned counsel, hereby appeals his judgment of conviction and sentence, to the Court of Appeals.

Dated:  May 9, 2023         RESPECTFULLY SUBMITTED
                            LLOYD CASIMIRO CRUZ, JR.,
                                *By Counsel*

                            *[signature: John M. Pierce]*
                            _____

                            John Pierce Law Firm
                            21550 Oxnard Street
                            3rd Floor, PMB #172
                            Woodland Hills, CA 91367
                            Tel: (213) 400-0725
                            Email: *jpierce@johnpiercelaw.com*
                            Attorney for Defendant


**CERTIFICATE OF SERVICE**

I hereby certify that this document is being filed on this December 16, 2022, with the Clerk of the Court by using the U.S. District Court for the District of Columbia's CM/ECF system, which will send an electronic copy of to the following CM/ECF participants. From my review of the PACER account for this case the following attorneys are enrolled to receive notice and a copy through the ECF system.

Christopher D. Amore, Esq.
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
Capitol Breach Detailee
970 Broad Street, Suite 700
Newark, New Jersey 07102
Telephone: (973) 645-2757
**Christopher.Amore@usdoj.gov**

_____
John M. Pierce, Esq.